■ In the Matter of PVS CHEMICALS, INC. (NEW YORK), Appellant, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, Respondent. [682 NYS2d 787] —Judgment unanimously affirmed with costs. Memorandum: Petitioner appeals from a judgment dismissing its petition challenging the issuance of a positive declaration (6 NYCRR 617.2 [ac]) by respondent. Supreme Court properly held that "the issuance of a positive declaration is not final agency action subject to CPLR article 78 review" (*Matter of Rochester Tel. Mobile Communications v Ober,* 251 AD2d 1053, 1054). A positive declaration requiring the preparation of a draft environmental impact statement is merely a preliminary step in the decision-making process under the State Environmental Quality Review Act (ECL art 8) and therefore not ripe for judicial review (*see, Matter of Rochester Tel. Mobile Communications v Ober, supra,* at 1054, citing *Matter of Town of Coeymans v City of Albany,* 237 AD2d 856, 857, *lv denied* 90 NY2d 803). Moreover, petitioner did not sustain an actual, concrete injury by the issuance of a positive declaration. Further agency proceedings may render the disputed issue moot or academic, and therefore the agency action being challenged does not constitute a definitive position (*see, Matter of Essex County v Zagata,* 91 NY2d 447, 454). (Appeal from Judgment of Supreme Court, Erie County, Sconiers, J.—CPLR art 78.) Present—Green, J. P., Pine, Wisner, Callahan and Boehm, JJ.